# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00053-CV

**3400 LTD., Appellant**

**v.**

**Keystone Construction, Inc., Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT
### NO. 00-361-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING

Appellant 3400, LTD. and appellee Keystone Construction, Inc. filed a joint motion to dismiss this appeal based on settlement. Tex. R. App. P. 42.1 (a)(1). We grant the motion and dismiss the appeal.

_____

David Puryear, Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Puryear

Dismissed on Joint Motion

Filed:   October 11, 2001

Do Not Publish